**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR 05-26S** |
| | ) | |
| **BARRY QUINTANA** | ) | |

---

## MOTION FOR CONTINUANCE OF TRIAL

Now comes the accused, Barry Quintana, by and through his counsel, and moves this Honorable Court to continue the trial of this matter to the Court's August trial calendar. In addition, the accused moves that this time be deemed excludable from counting under the Speedy Trial Act, 18 USC § 3161(h)(8).

In order for Mr. Quintana to have the full benefit of a reasonable time to review discovery, investigate the facts and consider his plea options, the defendant is requesting that this Court grant the continuance of this matter.

Counsel has spoke to AUSA Stephen G. Dambruch, whom indicates that the Government has no objection to the granting of this continuance request.

Respectfully submitted
Barry Quintana
By his attorney,

Kevin J. Fitzgerald
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281

**CERTIFICATION**

I hereby certify that I hand-delivered a copy of this motion, to Stephen G. Dambruch, Assistant United States Attorney, on June 23, 2005