UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CR 05-26S** **DATE: June 28, 2005**

**TITLE: USA v. BARRY QUINTANA**

**MAGISTRATE JUDGE: David L. Martin**

**COURTROOM CLERK: Martha Saucier**

---

**COUNSEL PRESENT:**

**Government: Stephen Dambruch**

**Defendant: Kevin Fitzgerald**

**Potential Witness: Judith Crowell**

*********************************************************************************

**Proceedings: Defendant's Motion to Suppress Statements and Defendant's Motion to Suppress Evidence**

**All counsel of record present. Defendant present. Both sides address the court regarding the issue of standing. Court reserves ruling on the issue of standing. Two witnesses sworn in for direct and cross examination. Three exhibits marked as full. Ms. Crowell states her client would plead the fifth amendment if called to testify. Defendant makes oral motion to withdraw the motion to suppress statement and motion to suppress evidence. Court grants the motion. Court to prepare an order.**