UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
v. : CR No. 05-26S
:
BARRY QUINTANA :

**ORDER GRANTING**
**REQUEST TO WITHDRAW MOTIONS**

On June 28, 2005, the court commenced an evidentiary hearing on the Motion to Suppress Evidence (Document #13) and the Motion to Suppress Statements (Document #14) (collectively "the Motions") filed by Defendant Barry Quintana in the above entitled matter. At the start of the afternoon session, counsel for Defendant made an oral motion to withdraw the Motions. Counsel explained that they had been filed with the expectation that Helen Chindavong would provide supporting testimony and that, because Ms. Chindavong's counsel had informed the court (at the conclusion of the morning session) that Ms. Chindavong would assert her privilege against self-incrimination if called to testify, Defendant did not wish to press the Motions. There was no objection to this request from the Government.

Accordingly, Defendant's oral request to withdraw the Motions is granted.

So Ordered.

ENTER:

DAVID L. MARTIN
United States Magistrate Judge
June 28, 2005

PER ORDER:

Martha Saucier
Deputy Clerk

SCANNED