AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF Rhode Island

USA v. Barry Quintana

## EXHIBIT AND WITNESS LIST

CASE NUMBER: CR 05-26S

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| WE Martin | Govt Stephen Dambruch | Kevin Fitzgerald |
| TRIAL DATE(S) Suppression Hearing 6-28-05 | COURT REPORTER | COURTROOM DEPUTY Martha Saucier |

| Govt PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | W-1 | | | Scott Partridge |
| 1 | | | ✓ | ✓ | Search warrant |
| 2 | | | ✓ | ✓ | Rights form |
| | | W-2 | | | Robert Enright |
| 3 | | | ✓ | ✓ | Statement/Quintana |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.