**UNITED STATES DISTRICT COURT**

**DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CR05-26S** **August 26, 2005**

**TITLE: USA V. BARRY QUINTANA**

**DISTRICT JUDGE: WILLIAM E. SMITH**

**COURTROOM CLERK: DOREEN L. BALDINELLI**

**COURT REPORTER: ANNE CLAYTON**

**IN COURT: 9:45 a.m. - 10:25 a.m.**

---

**COUNSEL PRESENT:** **Government -Stephen Dambruch, AUSA**
**Defendant - Kevin Fitzgerald, Esquire**

**RE: Change of Plea Hearing**

**Proceedings: All counsel of record present; Defendant present; Defendant sworn; waiver read; Government summarizes the terms of the plea agreement; Defendant agrees to the terms of the plea agreement; Government sets for the facts and the elements of this case and what they could prove if this matter were to go to trial; Defendant agrees to the facts and the elements of this case; Defendant pleas guilty to Counts I, II and III; Court finds the defendant fully competent and accepts the plea of guilty; Sentencing set for Friday, December 2, 2005 at 9:00 a.m. ; Defendant remanded into custody.**