**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR 05-26S** |
| | ) | |
| **BARRY QUINTANA** | ) | |

---

## NOTICE OF APPEAL

Now comes the defendant, Barry Quintana, and hereby notices his appeal of the sentenced imposed on December 9, 2005.

Respectfully submitted
Barry Quintana
By his attorney,

Kevin J. Fitzgerald
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281

**CERTIFICATION**

I hereby certify that I hand-delivered a copy of this motion, to Stephen G. Dambruch, Assistant United States Attorney, on December 15th, 2005.