Barry Quintana
950 High Street
Central Falls, R.I
02863

UNITED STATES DISTRICT COURT
DISTRIC COURT OF RHODE ISLAND

UNITED STATES OF AMERICA
Plaintiff,

vs.

BARRY QUINTANA,
Defendant.

Criminal No. 05-026S

Notice of Appeal

COMES NOW the Defendant,Barry Quintana,pro se,and hereby gives notice of appeal from the judgment and sentence imposed by this Court on December 9,2005. I feel as though I was misrepresented by my attorney Mr.Kevin J. Fitzgerald,Esquire 10 Webosset-Suite 300 Providence,R.I 02903.I was not given a complete understandment of one of my counts,which is COUNT II: Possession of a Firearm in Furtherance of a Drug Trafficking Crime, in violation of Title 18,United States Code,Section 924(c)(1)(A).

Respectfully submitted this 14th day of December,2005

Barry Quintana
Defendant Appealant

June Maria Carlton
Notary Public
My Commission Expires 4/2/2006
State of Rhode Island

]

Copy mailed this 14th day of December, 2005 to the folling:

U.S Attorney for the
District of Rhode Island
50 Kennedy Plaza-8th floor
Providence,R.I 02903