George
12/21/05
05-2882

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

December 16, 2005

Richard Donovan
Clerk of Court
United States Court of Appeals
1602 Post Office and Courthouse
Boston, MA 02109

**RECEIVED**

DEC 23 2005

Property of U.S. District Court
District of Rhode Island

RE: USA v. Barry Quintana
CR05-26S

Dear Mr. Donovan:

Enclosed herewith you will find the Supplemental Record together with a certified copy of the docket entries in the above entitled case.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

Doreen L. Baldinelli
DEPUTY CLERK

ENC: Certified Docket, PSR

George Kretas
12/21/05
05-2662