UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

January 31, 2006

RECEIVED
FEB - 1 2006
By: U.S. Court of Appeals

Richard Donovan
Clerk of Court
United States Court of Appeals
1602 Post Office and Courthouse
Boston, MA 02109

RE: USA v. Barry Quintana
CR05-26S

Dear Mr. Donovan:

Enclosed herewith you will find the Supplemental Record together with a certified copy of the docket entries in the above entitled case.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

Doreen L. Baldinelli
DEPUTY CLERK

ENC: Certified Docket, Transcripts dated December 9, 2005; August 26, 2005 (Doc #43 & 42).

COA# 05-2982
2/1/06

44