05 I 00026
USDC/RI
Smith, W.

# MANDATE

# United States Court of Appeals
## For the First Circuit

---

No. 05-2900

UNITED STATES,

Appellee,

v.

BARRY QUINTANA,

Defendant, Appellant.

---

Before

Lynch, Lipez and Howard,
Circuit Judges.

---

**JUDGMENT**
**Entered: February 6, 2006**

Because two notices of appeal are not needed to appeal from the December 15, 2005 judgment, we dismiss 05-2900 as duplicative. The appeal will proceed under 05-2882.

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: ______________________________
Chief Deputy Clerk.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

[signature]
**Deputy Clerk**

**Date:** 2/27/06

[cc: Andrew H. Berg, Esq., Stephen G. Dambruch, AUSA, Donald Lockhart, AUSA, Barry Quintana]