CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | VOUCHER NUMBER | |
|---|---|---|---|
| 01C | Quintana, Barry | | |
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
| | 1:05-000026-001 | X:05-002882-001 | |
| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
| U.S. v. Quintana | | Appellant | Appeal of Trial Disposition |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.

21 USC 841, 18 USC 924, 18 U.S.C. 922

2006 FEB -8 AM 11:14

**REQUEST AND AUTHORIZATION FOR TRANSCRIPT**

US COURT OF APPEALS FOR THE FIRST CIRCUIT

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED (Describe briefly)

Appeal.

13. PROCEEDING TO BE TRANSCRIBED (Describe specifically). NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).

Hearing for motion to Suppress

| 14. SPECIAL AUTHORIZATIONS (Services Other Than Ordinary) | Judge's Initials |
|---|---|
| A. Apportioned Cost % of transcript with (Give case name and defendant) | |
| B. ☐ Expedited ☐ Daily ☐ Hourly Transcript ☐ Real Time Unedited Transcript | |
| C. ☐ Prosecution Opening Statement ☐ Prosecution Argument ☐ Prosecution Rebuttal ☐ Defense Opening Statement ☐ Defense Argument ☐ Voir Dire ☐ Jury Instructions | |
| D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act. | |

**15. ATTORNEY'S STATEMENT**

As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

[signature] Signature of Attorney — Date: 2/3/06

Andrew Berg — Printed Name

Telephone Number: 401-274-0113

☐ Panel Attorney ☒ Retained Atty ☐ Pro-Se ☐ Legal Organization

**16. COURT ORDER**

Financial eligibility of the person represented having been established to the court's satisfaction, the authorization requested in Item 15 is hereby granted.

[signature: Jeffrey R. Howard] Signature of Presiding Judicial Officer or By Order of the Court

3-6-06 Date of Order — Nunc Pro Tunc Date

**CLAIM FOR SERVICES**

17. COURT REPORTER/TRANSCRIBER STATUS ☐ Official ☐ Contract ☐ Transcriber ☐ Other

18. PAYEE'S NAME (First Name, M.I., Last Name, including any suffix,) AND MAILING ADDRESS

FTR/Connie Zinni

Telephone Number:

19. SOCIAL SECURITY NUMBER OR EMPLOYER ID OF PAYEE

| 20. TRANSCRIPT | Include Page Numbers | No. of Pages | Rate Per Page | Sub-Total | Less Amount Apportioned | Total |
|---|---|---|---|---|---|---|
| Original | | | | | | |
| Copy | | | | | | |
| Expenses (itemize): | | | | | | |
| TOTAL AMOUNT CLAIMED: | | | | | | |

21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED

I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of Claimant/Payee: ____ Date: ____

**ATTORNEY CERTIFICATION**

22. CERTIFICATION OF ATTORNEY OR CLERK I hereby certify that the services were rendered and that the transcript was received.

Signature of Attorney or Clerk ____ Date ____

**APPROVED FOR PAYMENT — COURT USE ONLY**

23. APPROVED FOR PAYMENT

Signature of Judicial Officer or Clerk ____ Date ____

24. AMOUNT APPROVED

UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name USA v. Barry Quintana

District Court Case No. 05-26 S District of RI

Date Notice of Appeal filed 12/15/05 Court of Appeals Case No. 05-2882, 05-2900

Form filed on behalf of Quintana

2006 FEB -8 A 11:14

FILED IN CLERKS OFFICE US COURT OF APPEALS FOR THE FIRST CIRCUIT

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal ________

Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) ________

## TRANSCRIPT ORDER

Name of Court Reporter Audiotape - Courtroom Clerk, Martha Saucier

Phone Number of Reporter 401-752-7218

A. _____ **This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:**

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir dire | |
| ☐ Opening Statement (plaintiff) | |
| ☐ Opening Statement (defendant) | |
| ☐ Trial | |
| ☐ Closing Argument (plaintiff) | |
| ☐ Closing Argument (defendant) | |
| ☐ Findings of Fact/Conclusions of Law | |
| ☐ Jury Instructions | |
| ☐ Change of Plea | |
| ☐ Sentencing | |
| ☐ Bail hearing | |
| ☐ Pretrial proceedings (specify) ________ | |
| ☐ Testimony (specify ) ________ | |
| ☒ Other (specify) Mtn to Suppress | 6/28/05 |

NOTE: Failure to specify in adequate detail those proceedings to be transcribed may lead to the rejection of this form and the dismissal of the appeal.

B. _____ **I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:**

- ☐ Private funds.
- ☐ Government expense (civil case). IFP has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
- ☐ Criminal Justice Act. A CJA Form 24 has been approved by the district court judge.
- ☒ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
- ☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name Andrew Berg Filer's Signature [signature]

Firm/Address 128 Dorrance St., Suite 400, Providence, RI 02903

Telephone number 401-274-0113 Date mailed to court reporter ________

(Court Reporter Use ONLY) Date received ________

UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

**TRANSCRIPT ORDER ACKNOWLEDGMENT**

TO: FTR/Connie Zinni DATE: 3/10/06

RE: US v. Quintana Appeal No. 05-2882
District Court No. 05-00026

A copy of a transcript order form was received by the Court of Appeals on 3/10/06.

The transcript will be due in the district court on 5/9/06.

Please acknowledge receipt of this order by completing and returning a copy of this form to the clerk's office for the U.S. Court of Appeals for the First Circuit, as well as a copy to your court reporter supervisor, within 10 calendar days of the date of this notice. If you do not return this acknowledgment to the clerk's office, we will assume that the transcript order is complete and the transcript will remain due on 5/9/06.

__ I acknowledge receipt of the Transcript Order Form.

If there are problems with the Transcript Order Form, check the appropriate selection(s) below.

__ Authorized CJA Form 24 has not been received.
__ Approved motion for transcript at government expense has not been received. 28 U.S.C. §753(f).
__ Satisfactory financial arrangements have not been made. Reason: __ Deposit not received. __ Other (specify) ____________________
__ Transcript Order Form is unclear - proceedings requested should be more specific or dates or proceedings are incorrect.
__ Transcript Order Form has not been received by reporter.
__ I was not the court reporter responsible for the requested court session.
__ Transcript Order Form was received after the order was received by the Court of Appeals. Received on ________.
__ Other (specify) ____________________

ACKNOWLEDGMENT BY:

____________________
Signature

____________________
Printed name

____________________
Address

____________________
City/State/Zip

____________________
Date