05-26
USDC/R.I.
Smith, W.

# MANDATE

# United States Court of Appeals

## For the First Circuit

No. 05-2882

UNITED STATES

Appellee

v.

BARRY QUINTANA, a/k/a Alex

Defendant - Appellant

**JUDGMENT**

Entered: May 8, 2006
Pursuant to 1st Cir. R. 27(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

George Krotoe

Deputy Clerk

Date: 5/8/06

By the Court:
Richard Cushing Donovan, Clerk

AMY B. LEDERER
By: ____________________
Appeals Attorney

[cc: Barry Quintana, Andrew H. Berg, Esq., Stephen G. Dambruch, AUSA, Donald Lockhart, AUSA]